Before STATE INDUSTRIAL BOARD, Respondent. PHILIP GEIS, Claimant,

Appellant, v. THE SOLVAY PROCESS COMPANY, Self-Insurer, Employer, Respondent.— Decision unanimously affirmed, without costs.